# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-210

ANDREA S. NAEL, in her individual capacity; ESTELLE NADEL, in her individual capacity; and EZ ACCOUNTING & TAX SERVICES, LLC,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Amended Order dated January 16, 2020, granting the Government's motions for permanent injunction, judgment is hereby entered closing the case.

Approved by: _____

January 31, 2020
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*